**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Dobo's Bar and Grill, LLC, Rachelle Wasche, | Civil No. 12-2029 (RHK/LIB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Wilson Mutual Insurance Company, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: August 21, 2012

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge